**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VERNON DUVAL BYRD | ) | Case No. 21−33072−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

**AMENDED MOTION FOR EXTENSION OF TIME FOR FILING LISTS, SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN AND RELATED MOTIONS**

COMES NOW the Debtor, by counsel, and files this Motion to extend the time for the filing of Debtor's Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions; and in support hereof states unto the Court as follows:

1.    The Debtor filed this Chapter 13 petition herein on October 14, 2021.

2.    Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, the Debtor's Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions were due on October 28, 2021, which date was extended by the Court to November 12, 2021 for the Plan and November 15, 2021 for the Schedules and Statements.

3.    The Debtor needs additional time to provide counsel with the necessary information to complete Debtor's Lists, Schedules, Statements and Chapter 13 Plan.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of Debtor's Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions.

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

Respectfully submitted,

VERNON DUVAL BYRD
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 17, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

                                            /s/ James E. Kane
                                              James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VERNON DUVAL BYRD ) | Case No. 21−33072−KLP |
| ) | Chapter 13 |
| Debtor ) | |

**AMENDED NOTICE OF MOTION AND HEARING**

The above Debtor has filed a Motion to extend the time for the filing of the Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **December 15, 2021 at 10:00 a.m. at 701 East Broad Street, Room 5100, Richmond, VA**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

- **REMOTE HEARING INFORMATION**:

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

\*\*\*The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

**\*\*\* PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                Respectfully submitted,

                                                VERNON DUVAL BYRD
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

                                              /s/ James E. Kane
                                                  James E. Kane

```
Adams Propane
4114 Anderson Hwy
Powhatan, VA 23139


BWW Law Group, LLC
8100 Three Chopt Road
Suite 240
Henrico, VA 23229


Cavalry SPV I, LLC
500 Summit Lank Drive
Suite 400
Valhalla, NY 10595


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02494


Eos Cca
Attn: Bankruptcy
700 Longwater Dr
Norwell, MA 02061


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


LoanCare LLC
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach, VA 23450


LVNV Funding, LLC
P.O. Box 10584
Greenville, SC 29603


McCabe, Weisenberg & Conway
8101 Sandy Springs Road
Laurel, MD 20707
```

```
Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261


Peroutka,Miller,Klima &Peters
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Powhatan County Treasurer
PO Box 87
Powhatan, VA 23139


Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165


Sls/equity
Attn: Bankruptcy
8742 Lucent Blvd.
Highlands Ranch, CO 80129


Southern Management
Attn: Bankruptcy Department
Po Box 149966
Orlando, FL 32814


Virginia Dept. of Taxation
P O Box 2156
Richmond, VA 23218


Wesley Barden
2016 Timbers Hill Road
Apt. H
Richmond, VA 23224
```